**William D. FREEMAN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2007–3026.

United States Court of Appeals, Federal Circuit.

June 5, 2007.

Before MAYER, Circuit Judge, CLEVENGER, Senior Circuit Judge and PROST, Circuit Judge.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Ron J. RODS, Petitioner,**

v.

**DEPARTMENT OF the INTERIOR, Respondent.**

No. 2006–3424.

United States Court of Appeals, Federal Circuit.

June 5, 2007.

Before MICHEL, Chief Judge, LOURIE and RADER, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

*AFFIRMED. See* Fed. Cir. R. 36.